In the Matter of the Probate of the Last Will and Testament of CHARLES W. CORNELL, Deceased.

CALVIN RAE SMITH, as Executor of ELEANOR C. SMITH, Deceased, Appellant; CHARLES W. CRISPELL, as Executor of CHARLES W. CORNELL, Respondent.

*Matter of Cornell,* 43 App. Div. 241, affirmed.
(Argued June 8, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made September 5, 1899, affirming a decree of the surrogate of Ulster county admitting to probate the last will and testament of Charles W. Cornell, deceased.

*John J. Linson* and *Howard Chipp* for appellant.

*J. Newton Fiero* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.